United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NUMBER  5:17-CR-560-9 |
| | § | |
| GABRIEL ARTURO CASTILLO | § | |

### ORDER TO CONTINUE SENTENCING HEARING

Upon consideration of the government's Joint Motion to Continue the Sentencing in the above referenced case, the Court finds in the interest of justice that the Motion to Continue is hereby **GRANTED**.

It is, therefore, **ORDERED** that the Sentencing is continued to a later date.

SIGNED, on this _____29th_____ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE